Henry J. Mierke, as administrator, etc., against the Jefferson County Savings Bank.

PER CURIAM. Judgment (134 N. Y. Supp. 44) affirmed, with costs.

KRUSE, J., dissents.

MILLER, Appellant, v. MEYERS, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Albert Miller, also known as "the great Howard," against Joe Meyers. A. F. Driscoll, for appellant. G. E. Joseph, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Brooks v. Racich Asbestos Co., 137 App. Div. 208, 123 N. Y. Supp. 1108. Order filed. See, also, 75 Misc. Rep. 297, 135 N. Y. Supp. 73.

MILLS et al. v. KNICKERBOCKER HAT CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by L. Hayworth Mills and others against the Knickerbocker Hat Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 135 N. Y. Supp. 5.

MITCHELL, Respondent, v. PETER COOPER'S GLUE FACTORY, Appellant. (Supreme Court, Appellate Division, Second Department. May 2, 1912.) Action by Michael Mitchell against Peter Cooper's Glue Factory. No opinion. Judgment and order unanimously affirmed, with costs.

MIZAK, Respondent, v. CARBORUNDUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Paul Mizak against the Carborundum Company. No opinion. Order (75 Misc. Rep. 205, 132 N. Y. Supp. 1104), affirmed, with $10 costs and disbursements.

MOLONEY, Appellant, v. PRATT et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by John Moloney, as executor, etc., of Laura G. Barnard, deceased, against Charles N. Pratt and others. No opinion. Order and judgment unanimously affirmed, with costs, on the authority of Rogers v. Patterson, 79 Hun, 483, 29 N. Y. Supp. 963, affirmed 150 N. Y. 560, 44 N. E. 1128.

MOONEY, Respondent, v. LEVENSON, Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Thomas J. Mooney against Morris Levenson. A. Rosenstein, for appellant. G. M. Hulbert; for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MOORE, Appellant, v. LOMB, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by Jennie Moore against Carl F. Lomb.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents. FOOTE, J., not sitting.

MORGAN et al., Appellants, v. UNITED STATES MORTGAGE & TRUST CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by J. Hewitt Morgan and another, as trustees, etc., against the United States Mortgage & Trust Company.

PER CURIAM. Judgment and orders affirmed, with costs. See same case, on former appeal, 125 App. Div. 22, 109 N. Y. Supp. 274. See, also, 128 App. Div. 915, 112 N. Y. Supp. 1138.

McLENNAN, P. J., and ROBSON, J., dissent.

MORTON, Respondent, v. DONCHIAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by J. Hatfield Morton against Dikran B. Donchian and another. C. B. Bretzfelder, for appellants. J. B. Engel, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MOSES, Appellant, v. SALOMON, Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Moss F. Moses against Walter J. Salomon. C. J. Heermance, for appellant. W. H. Bond, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 135 N. Y. Supp. 408.

MURPHY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by William M. Murphy, as administrator, against the City of New York. W. L. Kiloullen, for appellant. H. Crone, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MURRAY & HILL CO. v. BOREAS REALTY CO. et al. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by the Murray & Hill Company against the Boreas Realty Company and others. E. W. S. Johnstone, for appellant. G. P. Brush, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, infra.

MURRAY & HILL CO. v. BOREAS REALTY CO. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by the Murray & Hill Company against the Boreas Realty Company. With this case have been consolidated in this court cases bearing titles as follows: Agnes K. M. Mulligan v. David B.

Cocks; Moss F. Moses v. Walter J. Salomon; John Driscoll v. Hamburg-American Line; Jacob Lenz v. Modern Woodmen of America. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 135 N. Y. Supp. 1128.

MUTUAL LIFE INS. CO. v. COCKERILL et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by the Mutual Life Insurance Company against Gertrude T. Cockerill and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 1109.

NATIONAL FERTILIZER CO., Respondent, v. GUNTHER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by the National Fertilizer Company against Elizabeth Gunther and another.

PER CURIAM. Judgment affirmed, with costs.

BURR, J., votes to reverse, upon the ground that there is no evidence competent against the defendant Elizabeth Gunther of fraudulent intent, and upon the further ground that the evidence as to the statements of John Gunther, made in the absence of the defendant Elizabeth Gunther, appearing at folios 93, 97, 101, 106, and 108, was incompetent.

CARR, J., concurs.

NEWBERY, Appellant, v. SULLIVAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Fanny B. Newbery against John D. Sullivan and another. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 133 N. Y. Supp. 1134.

In re NEW YORK TAXICAB CO. (Supreme Court, Appellate Division, First Department. May 24, 1912.) In the matter of the New York Taxicab Company. No opinion. Motion denied, with $10 costs. Order filed.

NETHERSOLE v. LIEBLER et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Olga Nethersole against Theodore A. Liebler and others. M. D. Josephson, for appellants. J. M. Hartfield, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

OCHOA, Respondent, v. RIDGWAY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Victor Ochoa against the Ridgway Company and another. F. Rooney, for appellants. C. S. Aronstam, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to answer on payment of costs. Order filed. See, also, infra.

OCHOA v. RIDGWAY CO. et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Victor Ochoa against the Ridgway Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

O'GORMAN, Appellant, v. PFEIFFER, Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Nellie O'Gorman against Minnie Pfeiffer. C. J. Earley, for appellant. B. Scharps, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 131 N. Y. Supp. 125; 146 App. Div. 937, 131 N. Y. Supp. 1132.

OHMANN, Appellant, v. MORNING JOURNAL ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1912.) Action by Joseph Ohmann against the Morning Journal Association. G. D. Lamb, for appellant. C. J. Shearn, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed. See, also, 146 App. Div. 954, 131 N. Y. Supp. 1132.

LAUGHLIN, J., dissents.

In re O'KEEFE et al. (Supreme Court, Appellate Division, First Department. June 7, 1912.) In the matter of David O'Keefe and another. No opinion. Motion denied, with $10 costs. Order filed. See, also, infra.

In re O'KEEFE et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) In the matter of David O'Keefe and others, infants, etc. No opinion. Order affirmed, without costs. Order filed. See, also, supra.

In re OLD STONE ROAD IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) In the matter of acquiring title by the City of New York to certain lands, etc., situated on the westerly side of Old Stone Road, etc., in the Borough of Richmond, etc., as a site for school purposes, etc. No opinion. Motion granted. See, also, 148 App. Div. 922, 132 N. Y. Supp. 1140.

OLIVER REFINING CO., Appellant, v. ASPEGREN et al., Respondents. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by the Oliver Refining Company against Adolph Aspegren and others. H. W. Baird, for appellant. B. Lewinson, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 App. Div. 549, 125 N. Y. Supp. 796.

OLSON, Appellant, v. FOGEL, Respondent. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by John E.